IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ALICIA ANN COLVILLE**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　**CASE NO.: 5:17-CV-5024**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on February 2, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 20th day of February, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE